UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 24 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| MICHAEL LEE GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 16-0286 (UNA) |
| ) | |
| BARRACK OBAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

The Court provisionally permitted the above-captioned action to be filed on February 18, 2016. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. Plaintiff has not done so. Accordingly it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is DENIED WITHOUT PREJUDICE, and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act.

SO ORDERED.

DATE: May 20, 2016

United States District Judge